IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Appellee, | * |
| v. | *   No. 13-4936 |
| JAMES C. SPIRES, III, | * |
| Appellant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO MODIFY BRIEFING ORDER

Pursuant to Local Rule 31(c), appellant James C. Spires, III, by and through his undersigned appointed counsel, hereby moves, with appellee's consent, to modify the briefing order to allow an additional 30 days for the filing of the initial brief. The grounds for this motion appear below:

1. This is an appeal from a final judgment issued by the United States District Court for the District of Maryland (No. 13-00001-JKB-5).

2. On March 17, 2014, this Court issued a briefing order, which requires Mr. Spires to file his brief and the appendix by April 28, 2014. The briefing order also requires the appellee to file its opening brief by May 27, 2014. It then requires Mr. Spires another ten days thereafter to file a reply brief.

3. Mr. Spires's attorney, Ezra S. Gollogly, recently took over this case from another lawyer. Mr. Spires is currently incarcerated in Virginia and, for this

and other reasons, it has been difficult to communicate effectively with Mr. Spires regarding his appeal. In light of these circumstances, the Court and the parties will benefit if Mr. Spires has additional time to prepare and file his initial brief. Accordingly, Mr. Spires submits that he has shown the requisite good cause for an extension. *See* Local Rule 31(c).

4.      Counsel for Mr. Spires has discussed this motion with counsel for the appellee. Appellee has consented to a 30-day extension of the deadline for Mr. Spires to file his brief and the appendix. Consequently, Mr. Spires requests that the Court modify the briefing order to provide that Mr. Spires shall file his opening brief and the appendix by May 28, 2014; that the appellee should file its response brief by June 28, 2014; and that Mr. Spires should file his reply brief, if necessary, within 10 days of service of the appellee's response brief.

Respectfully submitted,

/s/
Ezra S. Gollogly
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030 (telephone)
(410) 539-1269 (facsimile)
egollogly@kg-law.com

*Attorneys for Appellant James C. Spires, III*

Dated: April 18, 2014.

14147/0/01571612.DOCXv1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2014, a copy of this Consent Motion to Modify Briefing Order was sent via the Court's electronic-filing system to all counsel of record who are registered CM/ECF users and by e-mail to:

>Michael Hanlon
>Assistant United States Attorney
>36 South Charles Street
>Baltimore, Maryland 21201
>(410) 209-4800
>Michael.Hanon@usdoj.gov

/s/
Ezra S. Gollogly

14147/0/01571612.DOCXv1